BEFORE THE THIRD DIVISION, MARCH 19, 1953

**No. 57181.**—Universal Importing Agency *v.* United States, protest 118477–K (Detroit).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of shredded coconut meat in sirup, a product of Cuba, similar in all material respects to that the subject of *Allied Food Corporation of America v. United States* (28 Cust. Ct. 222, C. D. 1412), the claim of the plaintiff was sustained.